IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FRANCISCO TORRES ALEMAN, | |
|---|---|
| Petitioner, | 8:25-CV-536 |
| vs. | |
| DONALD J. TRUMP, in their official capacity as President of the United States, et al., | ORDER |
| Respondents. | |

The Court directed the petitioner to show cause, on or before September 12, 2025, why this matter should not be transferred to the U.S. District Court for the Northern District of Iowa. Filing 4. The petitioner has not responded. Accordingly, cause not having been shown, this case will be transferred.[1]

IT IS ORDERED that the Clerk of the Court shall effect transfer of this matter to the U.S. District Court for the Northern District of Iowa.

Dated this 15th day of September, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] This Court's procedure is to hold a transfer for 30 days pending a possible petition for reconsideration or review. *See In re Nine Mile Ltd.*, 673 F.2d 242, 243 (8th Cir. 1982). Should the petitioner wish to expedite the transfer, he should file a motion or notice to that effect.