# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO TORRES ALEMAN, | |
| Petitioner, | No. C25-4056-LTS-MAR |
| vs. | **ORDER** |
| DONALD TRUMP, et al., | |
| Respondents. | |

This matter is before me on petitioner's motion (Doc. 29) to dismiss. The motion to dismiss is **granted**.

**IT IS SO ORDERED** this 28th day of October, 2025.

_____
Leonard T. Strand
United States District Judge